HILDRETH, Respondent, v. DERRENBACHER, Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1909,)

Action by Herbert L. Hildreth against Williams Derrenbacher. No opinion. Order unanimously affirmed, with costs.